# EXHIBIT B

**To:** Lanham Napier <Lanham.Napier@amelia.com>
**Subject:** Re: Compensation

**[EXTERNAL EMAIL]**

Hi Lanham,

The big thing that's missing for me in this offer is options. As you know, options can significantly affect the overall compensation package, and Amelia currently has no such provision. I'm aware that there are plans to introduce options, but as of today, there are none.

With that in mind, I would like to propose a base salary of $260K.

Looking forward to your response.

Best,

Lance


On Thu, Aug 24, 2023 at 7:52 AM Lanham Napier <Lanham.Napier@amelia.com> wrote:

> Hey Lance,
>
> Thanks for your thoughts –
>
> We are in synch regarding incentive structure and linking directly to delivery performance.  Right now our delivery needs a leadership boost, and I think you're the right Amelian to do it!
>
> Our finances are a bit tight right now, so I'd like to make your base $250K and your bonus potential $185K.   Does that work?  I'm hoping you overachieve to get to the higher number you desire.

2