# EXHIBIT C

I will have an update for in the next few hours.

You're great

LN

**From:** Lance Berks <lberks@gmail.com>
**Date:** Tuesday, August 22, 2023 at 5:14 PM
**To:** Lanham Napier <Lanham.Napier@amelia.com>
**Subject:** Compensation

**[EXTERNAL EMAIL]**

Hi Lanham,

I know we briefly touch on compensation during our call, but I don't remember all the details. I thought I would share with you my thoughts and expectations. I have considered a compensation structure that aligns with the responsibilities and objectives of the position and that is market related. I propose a base salary of $275,000, with variable compensation of $185,000. This variable portion would be linked to specific performance metrics, including but not limited to net retention rate, expansion, and extension of existing contracts. Likewise, overachieving in delivery-related metrics would also be acknowledged and incentivized. Delivery KPIs may include on-time completion rates, customer satisfaction scores, and resource utilization rates, collectively reflecting timely delivery, quality, and efficiency.

Assuming our current rate stands at 70%, and our mutual target is an improvement to 80%, any achievement beyond this target, such as reaching 90%, would be considered overachieving. In such cases, I suggest incorporating accelerators into the compensation structure to reward this

4