# EXHIBIT E




6 Messages




KM **Keyvan Mohajer** 8/9/24

To: Lance Berks >

**[EXTERNAL EMAIL]**

Hi Lance,

Thank you for this email, and your kind and encouraging words. During the due diligence process, you were identified to us, and verified by us :), as one of the gems and great leaders of this organization. We even noted the article you shared earlier, and your invaluable background.

I look forward to working together to create and maintain an amazing culture, and then, growing over 100% and beating Kore.ai. I plan to be in the NY office on Thursday. Hopefully we can meet in person, if not, over video then.

Keyvan




